UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>ALVARO IDROVO, and<br>PAUL IDROVO,<br><br>*Defendants*. | Mag. No. 2:20-mj-13404-2 (LDW)<br><br>*Document Electronically Filed*<br><br>**ORDER MODIFYING<br><u>CONDITIONS OF RELEASE</u>** |

**THIS MATTER** having come before the Court upon the application of Baldassare & Mara, LLC (Jennifer Mara, Esq., appearing), counsel for Defendant Paul Idrovo, for the entry of an Order modifying his Conditions of Release; and the United States (Assistant United States Attorney Leslie F. Schwartz, appearing) and United States Pretrial Services having no objection; and for good cause shown;

**IT IS** on this ___21st___ day of July, 2021

**ORDERED** that Defendant shall be permitted to travel to Puerto Rico from Monday, July 26, 2021 to Friday, July 30, 2021; and it is

**FURTHER ORDERED** that all other conditions of release set forth in the Court's September 10, 2020 Order (ECF No. 13) shall remain in place.

_____
HONORABLE LEDA D. WETTRE,
UNITED STATES MAGISTRATE JUDGE